UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiffs,

- against -

BENJAMIN J. TURNER,

                Defendant.
----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ NOV 0 5 2012 ★

BROOKLYN OFFICE

ORDER

11 CV 4519 (NG) (JO)

GERSHON, United States District Judge:

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the court has reviewed plaintiff's motion for default judgment and hereby awards plaintiff $27,331.90. The Clerk of Court is directed to enter judgment in that amount.

                SO ORDERED.

                s/Nina Gershon
                _____
                **NINA GERSHON**
                **United States District Judge**

Dated: Brooklyn, New York
October __, 2012